IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| STEVEN BARROS PINTO, a/k/a YEABOY | Violations:  18 U.S.C. §§ 1791, 401(3), 402, 1503, and 2 |

COUNT ONE

**Possession of a Contraband in a Correctional Facility**

The Grand Jury Charges:

In or about October 2019 in the District of North Dakota, STEVEN BARROS PINTO, a/k/a YEABOY, a federal inmate being held at the Grand Forks County Correctional Center pursuant to a contract and agreement with the Attorney General, unlawfully and knowingly possessed a prohibited object, namely, a cellular phone, within the facility;

In violation of Title 18, United States Code, Section 1791.

COUNT TWO

**Criminal Contempt of Court**

The Grand Jury Further Charges:

On or about December 26, 2019, in the District of North Dakota, STEVEN

BARROS PINTO, a/k/a YEABOY, did willfully and knowingly disobey and resist a

lawful order of a Court of the United States, that is, the Stipulated Discovery Order and

Protective Order issued on May 28, 2019, in United States of America v. Steven Pinto,

Case No. 3:18-cr-00054, by the Honorable Alice R. Senechal, United States Magistrate

Judge in the District of North Dakota, by unlawfully downloading and copying discovery

materials and attempting to mail them to Rhode Island;

In violation of Title 18, United States Code, Sections 401(3) and 402.

COUNT THREE

**Criminal Contempt of Court**

The Grand Jury Further Charges:

On or about December 26, 2019, in the District of North Dakota, STEVEN

BARROS PINTO, a/k/a YEABOY, did willfully and knowingly disobey and resist a

lawful order of a Court of the United States, that is, the computer hardware discovery

order issued on January 3, 2019, in United States of America v. Steven Pinto, Case No.

3:18-cr-00054, by the Honorable Alice R. Senechal, United States Magistrate Judge in

the District of North Dakota, by unlawfully downloading and copying discovery

materials and attempting to mail them to Rhode Island;

In violation of Title 18, United States Code, Sections 401(3) and 402.

<u>COUNT FOUR</u>

**Obstruction of Justice**

The Grand Jury Further Charges:

From in or about December 2018 through December 2019, in the District of North Dakota, and elsewhere,

STEVEN BARROS PINTO, a/k/a YEABOY,

did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice in <u>United States of America v. Steven Pinto, et al.</u>, Case No. 3:18-cr-00054, in the United States District Court for the District of North Dakota, by specifically:  (1) communicating with third parties using a contraband cell phone to provide instructions intended to obstruct the investigation and prosecution of STEVEN BARROS PINTO, a/k/a YEABOY, and other co-conspirators, and (2) downloading, copying, and mailing discovery materials in violation of Court orders with the intent to use the materials to obstruct the investigation of STEVEN BARROS PINTO, a/k/a YEABOY, and other co-conspirators;

In violation of Title 18, United States Code, Sections 1503 and 2.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

DREW H. WRIGLEY
United States Attorney

/s/ Nicholas W. Chase_____
NICHOLAS W. CHASE
First Assistant United States Attorney

CCM:ld